**No. 09-9131. John M. Wyatt, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1925, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2448, ▊

▊

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 574 F.3d 455.

**No. 09-9133. Larry Dwayne Leonard, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1925, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2374.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 231.

**No. 09-9142. Victor Berrios, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1925, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2467.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 354 Fed. Appx. 629.

**No. 09-9153. Harold Roberts, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1925, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2416.

March 22, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 983 A.2d 1064.

**No. 09-9156. Daniel E. Salley, Petitioner v. United States Court of Appeals for the Seventh Circuit.**

559 U.S. 1023, 130 S. Ct. 1942, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2454.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9158. Carlos Demond Robinson, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1926, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2475.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 350 Fed. Appx. 837.

**No. 09-9159. Michael F. Schulze, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1926, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2435.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 268.

**No. 09-9160. Miguel Angel Sanchez, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1926, 176 L. Ed. 2d 394, 2010 U.S. LEXIS 2430.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 586 F.3d 918.